IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRUCE WILLIAMS AND TRACY GIVAN                                         PLAINTIFFS

v.                                    No. 4:21-cv-762 JM

CITY OF LITTLE ROCK; KENTON BUCKNER,
Individually and in his official capacity; MARK
ISON; RUSS LITTLETON; AND MARK RAINEY                                  DEFENDANTS

ORDER

Pursuant to the order entered this day, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE