IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRUCE WILLIAMS AND TRACY GIVAN                                        PLAINTIFFS

v.                          No. 4:21-cv-762 JM

CITY OF LITTLE ROCK; KENTON BUCKNER,
Individually and in his official capacity; MARK
ISON; RUSS LITTLETON; AND MARK RAINEY                                 DEFENDANTS

ORDER

Plaintiffs have filed a motion pursuant to Rule 59(e) of the Federal Rules of Civil Procedure asking the Court to reconsider its order granting summary judgment. The Court has reconsidered and stands by its earlier analysis. Plaintiffs' motion (Doc. No. 60) is denied.

IT IS SO ORDERED this 30th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE